This cause was remanded to the trial court in order for an evidentiary hearing to be held on the appellant's claim of ineffectiveness of counsel. The appellant had argued that his counsel was ineffective for allowing him to be sentenced as a habitual offender, because he was not represented by counsel and was under the age of 18 for two of the prior convictions. The State requested that the case be remanded for the evidentiary hearing.
The trial court has returned the following order (in pertinent part):
 "Pursuant to the order of the Alabama Court of Criminal Appeals a hearing was held, petitioner was found to be entitled *Page 203 
to a new sentencing hearing and his sentence in Case No. N85-1242 was reduced from 25 years concurrent to 15 years concurrent. No appeal was taken from this ruling made on January 5, 1988."
By resentencing the appellant, the trial court implicitly found that the defense counsel was ineffective. As no appeal has been taken from this ruling, the trial court's finding is affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur.